DaJuan Williams #124345
Name and Prisoner/Booking Number

Arizona State Prison Complex - Florence
Place of Confinement

P.O. Box 8200 / Central Unit
Mailing Address

Florence, AZ. 85132
City, State, Zip Code

FILED ✓ LODGED
___ RECEIVED ___ COPY
OCT 25 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

DaJuan Williams,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Charles L. Ryan, Director of ADC,
(Full Name of Defendant)

(2) "and others"

(3) _____

(4) _____
          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-17-1833-Phx-DGC (DKD)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: ASPC-Florence, and, ASPC-Eyman, City of Florence

2. Sgt. Barner #1843
3. "Florence complex/unit Publication Review Staff," Doe #1
4. CoII Anderson
5. CoII gr Oshor #11688
6. CoII Sr Maugan #3112
7. Officer "Illegible" #73-2, Doe #2
8. CoII Williams
9. CoII Autolin
10. "Officer", Doe #3
11. CoII Rotffer

"1-A"

## B.  DEFENDANTS

1. Name of first Defendant: Charles L. Ryan. The first Defendant is employed as: Director of Arizona Department of Corrections at ADC's Central office, Phoenix.
   (Position and Title)                                                                    (Institution)

2. Name of second Defendant: Sgt. Barner #1843. The second Defendant is employed as: Correctional officer, Sgt. at ASPC - Florence.
   (Position and Title)                                                                    (Institution)

3. Name of third Defendant: "Florence Complex / Unit P. Rev. Staff," Doe#1 The third Defendant is employed as: Correctional officer at ASPC - Florence.
   (Position and Title)                                                                    (Institution)

4. Name of fourth Defendant: C.O.II. Anderson. The fourth Defendant is employed as: Correctional officer, C.O.II at ASPC - Florence.
   (Position and Title)                                                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Datuan Williams v. Charles L. Ryan, et al.
      2. Court and case number: 2:10-CV-02392-FJM (LOA)
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) dismissed

   b. Second prior lawsuit:
      1. Parties: Datuan Williams v. Sgt. Mooney, et al.
      2. Court and case number: 2:16-CV-04059-DGC (DKD)
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Pending

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

5. CoII gr Osler #1688, correctional officer, CoII, ASPC-Florence
6. CoII Mangan #3112, correctional officer, CoII, ASPC-Florence
7. Officer "Illegible" #73-2, Doe #2, correctional officer, CoII, ASPC-Florence
8. CoII Williams, correctional officer, CoII, ASPC-Florence
9. CoII Antolin, correctional officer, CoII, ASPC-Eyman
10. Officer, Doe #3, correctional officer, —, ASPC-Eyman
11. CoIV Reiffer, grievance coordinator, CoIV, ASPC-Eyman

"2-A"

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _____
   1st Amendment violations.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Unconstitutional policies and practices

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   Department Order (D.O.) 914.07, 1.1 Reads: In order to assist with Rehabilitation and treatment objectives [1], Reduce sexual harassment [2] and prevent a hostile environment for Inmates, staff and volunteers [3], Inmates are not permitted to send, receive or possess sexually explicit material or content that is detrimental to the safe, secure, and orderly operation of the facility as set forth in this Department Order.
   [1] In the State of Arizona, "sex offenders" are not general population (g.p.) Inmates. Inmates entering ADC with, and/or who meet the criteria of, a sex crime — a "sex offender", are classified as such and are removed or separated/segregated from the general population. They are only housed in/at special "sex offenders" units or prisons with other "sex offenders" and, these units or prisons are restricted to g.p. Inmates. They are afforded and/or, mandatorily required to participate in, "sex offender/prevention" treatment and rehabilitation programming that — is not available to, or required of, the general population. I am a g.p. Inmate. I am not a "sex offender," nor have I ever been accused of, arrested for, indicted on, tried for, or convicted of a "sex crime" or anything even close to that nature. It is a gross violation of my constitutional rights for ADC to label, insinuate, imply and/or, to treat me as a "sex offender" and/or, to assume, suggest, or assert that by the nature of being convicted of any (non-sex offense) felony, that that somehow automatically makes me a actual, and/or, potential and/or, inevitable sexual predator, pervert, degenerate, or deviant in need of "sex offender" programming, Rehabilitation and treatment. There is no reasonable, lawful, or valid connection between ADC' claims of "Rehabilitation and treatment objectives" in this policy as it relates to myself or the ADC.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have been stripped and deprived, and will continue to be deprived, of my 1st amendment Constitutional Rights and protections by Charles L. Ryan and the ADC.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

3

[2] In the State of Arizona, there are, and have always been policies for, and intended to, prevent and reduce "harassment" of any kind: D.O. 803 Inmate Disciplinary Procedure; violation 03C: Displaying sexually explicit material — Display of any sexually explicit material on wall, furniture, personal or state property, where it is within plain view of staff or other inmates; violation 07B: Harassment — Displaying conduct directed at a specific person causing them to be seriously alarmed, annoyed, or harassed; violation 04C: Disrespect to staff — using profanity, insulting, obscene or abusive language, in written correspondence or verbal communication to staff; addressing staff by inappropriate names or making inappropriate remarks. The commission and violation of any of these acts will result, and has always resulted, in the loss of (privileges) visitations, phone calls, TVs and appliances, as well as, loss of "good time" or "earned release credits."

Further, and a well known fact to the ADC staff and administration: ADC' gp. inmates, unlike inmates in most other prison systems or states, has "zero-tolerance" for sexually related violations or offenses (which is why "sex offenders" are segregated from gps.) This is, and has been a code amongst the inmate gp. for over 20 years. ADC gp. inmates do not condone or allow rape and/or sexual assault, nor other violations or offenses of a "sexual nature," of/to/towards staff or other inmates. The point of emphasis is on the fact that the prison environment in ADC is distinctively "different," as it relates to rape and other sexual offenses and violations — than most, if not all, other states.

I have been incarcerated for over 19 years; the last time I experienced or engaged in any type of sexual relations, other than "self expression and gratification," was in late July, 1998. The point being: for over 19 years, I have been surrounded by a all male inmate population for 24/7 hours/days. I am very easily "sexually aroused or excited" by anything female, or anything having to do with females. And yet, not once have I made a inappropriate comment to a female staff member. Not once have I ever acted inappropriately and/or, committed a inappropriate act or offense with or towards a female staff member. Yes, I am an incarcerated, convicted ("non-sex offense") felon; yes, I have, and will always have, natural sexual needs and desires; but "sexually explicit material" did not, and does not, make me — become a rapist, or make me, go and sexually assault or harass anyone.

"3-A"

or otherwise, act inappropriately to/towards anyone. What it does do, is gives and provides me with a reasonable, healthy, and responsible means to express myself and sate my needs and desires. The fact of the matter is; Any individual so intent on committing any such acts, violations, or offenses, that they will go against, not only the prison administration, but the inmate population as well and, who is willing to suffer and endure the consequences thereon — that individual can not, and will not, be deterred or turned away from their actions by ADC violating and depriving me of my rights. The prison's claims that this policy somehow "reduces sexual harassment" is unreasonable, unrealistic, and unfounded, as it relates to myself or the ADC.

[3] Prison, by its very nature, is a "hostile environment." A place where, traditionally, society "locks up" and holds, mostly against their will, its misfits and malcontent. The epitome of a "hostile environment." Add to that, the desert climate, and the hot Arizona summers being locked inside of a "sweat box" and then; remove and "exclude" any and everything tentatively associated with the word or act of (real or imagined) "sex" in a all male environment.

The prison's claim that this policy, and the deprivation of gp's inmates freedoms of expression in the matter, somehow "prevent[s] a hostile environment," is completely asinine as it relates to the ADC prison systems.

There is no rational or valid connection between this policy as it relates to ADC and the Department's claims and reasonings for its implementation. Inmates in ADC' have always been allowed to have, receive, and possess (non-"obscene") "sexually explicit material" until — Charles L. Ryan was appointed, from "acting" to actual, Director of ADC; at which point, one of the first orders on his agenda was to implement and enforce Department Order 914.07, banning all "sexually explicit (and non-explicit) material." Even then, there was no "immediate" or instant enactment and enforcement of this policy; there was a gradual, 2 year period, before actual effectiveness. Evidence, that the Department's claims and proposed objectives were not as pressing and necessary as one would be lead to believe. There was "no° increase" in failed "rehabilitation and/or treatment" attributable to "sexually explicit material" or; "no° increase" in "sexual harassment" attributable to "sexually explicit material" or; a° increase" in "hostility," or the environment as it relates,

" 3 - A B "

attributable to "sexually explicit material" that, prompt, warranted, or justified the implymentation, deprivations, and acts of this policy. This policy was arbitrarily and unconstitutionally implymented based solely upon the personal beliefs, feelings, opinions, objections, and personal self-serving motives of Director Charles L. Ryan, with the purpose and intent of dictatorial deprivation, oppression, punishment and/or, forced extreme christian morality and/or, promotion of homosexuality and, serves as just another means for the prison industry to create as many mental defects, abnormalities, and handicaps as possible to ensure that the "Released Inmate" has little, or no chance, of assimilating back into modern day society.

Charles L. Ryan, is the Director of the Arizona Department of Corrections (ADC) and as such, has ultimate authority and responsibility for the promulgation and implymentation of ADC policies, procedures, and practices and, the management of ADC.

At all times Relevant, Charles L. Ryan, acting under the color of state law, as the Director of the Arizona Department of Corrections, in and at, ADC' Central Office, violated and deprived me of my 1st amendment constitutional Rights when, based upon his personal beliefs, feelings, opinions, objections, and/or, other personal self-serving motives and, for the purpose and intentions of dictatorial deprivation, oppression, punishment, and humiliation and/or, as a means to force extreme christian morality on the population and/or, to promote homosexuality and/or, to create mental defects, and promote or condition abnormal views and handicaps towards. Defendant Charles L. Ryan, drafted and/or, facilitated and/or, instigated, initiated and/or, implymented and/or, enforced, or caused to be enforced, Department Order 914.07 and 914.08, as it relates to "sexually explicit material" and, ordered and/or, approved and/or, condoned the acts, actions and practices incorporated therein, and committed against me and the general population, based on and/or, under the authority of, department policy D.O. 914.07 and 914.08, depriving me of my 1st amendment rights and, of any reasonable, healthy, or responsible means of meeting my needs and lawful desires or, expressing myself therein and, grossly violating my constitutional Rights when, by implymentation and application of said policies and practices, he prejudicially called and/or, designated and/or, accused and/or, layed guilt, without cause and/or, implied, slandering my name and honor, that I was and/or, am, a "sex offender" and/or, a sexual predator and/or, a sexual deviant and/or, a pervert and/or, that I am potentially, or inevitably, any one, or all, of these things.

"3-A̶B̶ C"

# COUNT II

1. State the constitutional or other federal civil right that was violated: 1st Amendment Violations.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: Unconstitutional Policies and Practices.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Department Order (D.O.) 914.07 Unauthorized Content, Reads § 1.2.1 Prohibited publications include, but are not limited to § 1.2.1 Publications that depict nudity of either gender. (For nudity see Definitions) § 1.2.2 Publications that depict any of the following acts and behaviors in either visual, audio, or written form § 1.2.2.1 Physical contact by another person with a person's unclothed genitals, pubic area, buttocks or, if such person is a female, breasts § 1.2.2.3 Sexual intercourse, vaginal or anal, fellatio, cunnilingus, beastiality or sodomy § 1.2.2.4 Masturbation, excretory functions, and lewd exhibition of the genitals § 1.2.17 Content in publications, photographs, drawings, or in any type of image or text, that may, could reasonably be anticipated to, could reasonably result in, is or appears to be intended to cause or encourage sexual excitement or arousal or hostile behaviors, or that depicts sexually suggestive settings, poses or attire, and/or depicts sexual representations of inmates, correctional personnel, law enforcement, military medical/mental health staff, programming staff, teachers or clergy § 1.2.18 Medical publications that may contain diagrams of the human anatomy. This policy, as written and applied, is "unreasonable," overly broad, sweeping and constitutes a "Blanket Ban" on potentially every publication that is not a "children's book." Even young adult, popular series, such as "The Hunger Games" or "Twilight," are "Sexually explicit" under the language and standards of this policy. This policy makes no allowances for, and gives no deference to, the "actual intent or purpose" of a publication or, whether there is (any literary, artistic, political, scientific, probative, or other intellectual and/or redeeming properties or values to (a) publication(s), "taken as a whole." The language, terms and standards set forth in this policy (D.O. 914.07, 1.2.2 thru 1.2.18) has given carte blanche to ADC to "exclude," and uphold the "exclusion of," any and every publication as "sexually explicit" even when § applying contemporary legal and/or social standards, the publication clearly, is not/would not be, "sexually explicit." Such terms and standards have allowed for, and resulted in, Stephen King, Eric Jerome Dickey, Anne Rice, George R.R. Martin, [crossed out] as well as other

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have been stripped and deprived, and will continue to be deprived, of my 1st amendment constitutional rights and protections by Charles L. Ryan and the ADC.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

4

popular and well known author's, novels and, Legal text and publications such as, 'Prison Legal News' and, Religious, "non-christian" of course (even though, under the terms and standards of this policy, the Christian Bible is also "sexually explicit"), text and, fashion magazines such as, 'Cosmopolitan', 'Elle', 'Harper's Bazaar' and, "non-nude", "non-restricted" men's magazines such as, 'Black men', 'Smooth girl' 'Spicy', and, "non-nude" photographs or catalogs of such, etc., being "excluded" as "sexually explicit".

Further, to ensure complete and unchallenged oppression and deprivation, ADC, under the guise of "state law", Rewrote and Redefined the Lawful term of "Nudity" to suit their own purpose and agenda's

A.R.S § 13-3501(4), Reads: "Nudity" means the showing of the human male or female genitals, pubic area, or Buttocks with less than a full opaque covering, or the showing of the female Breast with less than a fully opaque covering of any portion thereof Below the top of the nipple, or the depiction of covered male genitals in a discernibly turgid state.

Department Order 914, definitions, Reads: Nudity — Nudity, as defined by Arizona Revised Statutes (A.R.S) §13-3501, is the showing of the human male or female genitals, pubic area, female breast with less than a fully opaque covering of the nipple, or male or female Buttocks with less than a full opaque covering of the anus (ergo, a thong). The anus does not need to be visible.

This allows for swimsuit or lingerie publications, and photographs, to be considered, and "excluded" for, "nudity", even though no genitals or breast are displayed.

This policy is unreasonable, and unconstitutional, as written and applied. There is no rational or valid connection between this policy as it relates to ADC and the Department's Reasonings for its implymentation and, the language, terms, and standards are "excessive" and not reasonable and, leaves no other means or alternatives for the exercising of my rights in the matter.

This policy was arbitrarily and unconstitutionally imply mented based solely upon the personal beliefs, feelings, opinions, objections, and personal self-serving motives of Director Charles L. Ryan, with the purpose and intent of dictatorial deprivation, oppression, punishment and/or, forced extreme Christian Morality and/or, promotion of homosexuality and, serves as just another means for the prison industry to create as many mental defects, abnormalities, and handicaps as possible to ensure that the "Released Inmate" has little, or no chance, of assimilating back into modern day society.

" 4-A "

Charles L. Ryan, is the Director of the Arizona Department of Corrections (ADC) and as such, has ultimate authority and responsibility for the promulgation and implymentation of ADC policies, procedures, and practices and, the management of ADC's

At all times relevant, Charles L. Ryan, acting under the color of state law, as the Director of the Arizona Department of Corrections, in and at, ADC' Central office, violated and deprived me of my 1st amendment Constitutional rights when; Applying unreasonable and excessive terms and standards in furtherance of his personal agenda and, based upon his personal beliefs, feelings, opinions, objections, and/or, other personal, self-serving motives and, for the purpose and intentions of dictatorial deprivation, oppression, punishment, and humiliation and/or, as a means to force extreme christian morality on the population and/or, to promote homosexuality and/or, to create mental defects, and promote or condiction abnormal views and handicaps towards; Defendant Charles L. Ryan, drafted and/or, facilitated and/or, instigated, initiated and/or, implymented and/or, enforced, or caused to be enforced, Department Order 914.07 and 914.08, as it relates to "Sexually explicit material" and, ordered and/or, approved and/or, condoned the acts, actions and practices incorporated therein, and committed against me and the general population, based on and/or, under the authority of, department policy, D.O.s 914.07 and 914.08; depriving me of my 1st amendment rights and, of any reasonable, healthy, or responsible means of meeting my needs and lawful desires or, expressing myself therein.

"4-B"