Mark Brnovich
Attorney General

Michael E. Gottfried
Assistant Attorney General
State Bar of Arizona 010623
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7693
Fax:  (602) 542-7670
E-mail:  michael.gottfried@azag.gov

*Attorneys for Defendants Ryan, Barnes, Williams, Osler, Anderson, Antolin and Mangan*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DaJuan Torrell Williams,<br><br>    Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No: CV17-01833-PHX-DGC (DMF)<br><br>**DEFENDANT'S SUPPLEMENTAL STATEMENT OF FACTS** |

Defendant Shinn, in his official capacity as Director of the Arizona Department of Corrections, through undersigned counsel, submits his Supplemental Separate Statement of Facts in support of summary judgment.

1. During the time of the events alleged in Plaintiff Williams's Complaint, ADC staff processed prisoner mail at each of the prison complexes pursuant to Department Orders ("DO") 902.11 (Legal Mail) and 914 (Inmate Mail)  More specifically, the mail was opened, inspected, reviewed, and processed at each complex applying these DOs.  (Supplemental Declaration of Diane Miller, dated November 18, 2019, attached hereto as Exhibit A, at paragraph 4.) (Hereinafter "Miller Supp. at ___.")

1  2.   Each housing unit receives hundreds of magazines and publications a week. (Miller Supp. at 5.)

3.   All publications were subject to screening and review and under DO 914. Publication Review staff inspects and reviews each magazine and/or publication and checks the publication review database ("PRD") to see if they are allowed or excluded by another complex. (Miller Supp. at 6.)

4.   Due to time and personnel restraints, books were not read as part of publication review under DO 914 to determine if there if there is restricted content. Books that have an obviously sexually-explicit orientation or other obvious restricted content may be excluded under DO 914.  Publication Review staff are also instructed to search for book descriptions and plot summaries on the internet, for example on amazon.com, to help determine if a book contains restricted content under DO 914. (Miller Supp. at 7.)

5.   Once a publication is excluded by OPR, "[i]nmates shall have 90 calendar days to notify designated staff of the desired disposition. If they fail to do so, the property shall be processed as unclaimed property and disposed of as outlined in section 7.0 of this Department Order." DO 909-6.1.2. (Miller Supp. at 8.)

6.   Inmates can choose to have their excluded property returned to its sender, sent to a third-party outside the prison, or destroyed. (Miller Supp. at 9.)

7.   The Office of Publication Review typically receives approximately 122 inmate and publisher publication-appeals appeals a month.  Due to the volume of these appeals, ADC does not have the ability to store copies of publications involved in administrative appeals.  Accordingly, the only publications stored after the administrative appeal process is completed are publications that are redacted rather than wholly excluded. (Miller Supp. at 10.)

8. Although excluded as contraband, such excluded publications are the inmate's property and cannot be kept by ADC while preventing the inmate's access to the property. Even if able to be held for a two year period of a potential lawsuit, ADC does not have the physical storage space to store these excluded materials for this amount of time. Further, given the volume of appeals received, ADC does not have the resources and personnel to make copies of all excluded publications and books and store them for two years or more in case a lawsuit is filed. (Miller Supp. at 11.)

Respectfully submitted this 18th day of November, 2019.

MARK BRNOVICH
Attorney General

s/Michael E. Gottfried
Michael E. Gottfried
Assistant Attorney General
*Attorney for Defendants Ryan, Williams, Osler and Anderson*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

This document will be served by mail on November 19, 2019, on the following, who is not a registered participant of the CM/ECF System:

DaJuan Williams, ADC# 124345
ASPC-Eyman
P O Box 3400/SMU II
Florence, Arizona 85132
*Plaintiff pro se*

s/ Michael Gottfried
#8350345