Mark Brnovich
Attorney General

Michael E. Gottfried
Assistant Attorney General
State Bar of Arizona 010623
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7693
Fax:  (602) 542-7670
E-mail:  michael.gottfried@azag.gov

*Attorneys for Defendants Shinn, Barnes, Williams, Osler, Anderson, Antolin and Mangan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DaJuan Torrell Williams,<br><br>    Plaintiff,<br>v.<br>Charles L. Ryan, et al.,<br><br>    Defendants. | No:  CV17-01833-PHX-DGC (DMF)<br><br>**NOTICE OF SUBMITTING DOCUMENTS FOR *IN-CAMERA* REVIEW** |

Pursuant to this Court's Order (Doc. 124), Defendants Shinn, Barnes, Williams, Osler, Anderson, Antolin and Mangan, submit for *in-camera* review the following documents:  (1) copies of the December 2016 issue of *Elle*; September 2016 issue of *Elle;* January 2017 issue of *Elle*; February 2017 issue of *Elle*; November 2016 issue of *Cosmopolitan*; December 2016 issue of *Cosmopolitan*; January 2017 issue of *Cosmopolitan*; February 2017 issue of *Cosmopolitan*; March 2017 issue of *Cosmopolitan*; and issue of March 2017 *Harper's Bazaar*, and will be submitted to the Clerk of Court under separate cover, contemporaneously herewith.

The Clerk of Court will receive a sealed envelope which contains an electronic copy of the above-referenced magazines, produced on two DVDs, and are bookmarked

as to counsel's thoughts about information that violates Arizona Department of Corrections' publication policies. Regardless of the actual potential offending content, the Department properly withheld these publications if it acted reasonably by applying these regulations to these publications. *See Hargis v. Foster*, 312 F.3d 404, 410 (9th Cir. 2002); *Clark v. Mason*, No. C04-1647-JCC, 2007 WL 2417154, *2 (W.D. Wash. Aug. 20, 2007).

RESPECTFULLY SUBMITTED this 9th day of December, 2019.

MARK BRNOVICH
Attorney General

s/Michael E. Gottfried
Michael E. Gottfried
Assistant Attorney General
*Attorney for Defendants Shinn, Barnes, Williams, Osler, Anderson, Antolin and Mangan*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

This document was served by mail on December 9, 2019, on the following, who is not a registered participant of the CM/ECF System:

DaJuan Williams, ADC# 124345
ASPC/Eyman-Browning Unit
P.O. Box 3400
Florence, AZ  85132
*Plaintiff pro se*

s/ Michael E. Gottfried
Michael E. Gottfried
#8388039